1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTIAN NICHOLAS KEPLER,                    No. 2:24-cv-01426-DC-CKD (PS)

12              Plaintiff,

13        v.                                        ORDER ADOPTING FINDINGS AND
                                                    RECOMMENDATIONS
14    VIRGINIA L. GINGERY, et al.
                                                    (Doc. No. 5)
15              Defendants.

16

17         Plaintiff Christian Nicholas Kepler is proceeding *pro se* and *in forma pauperis* in this civil

18    action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

19    § 636(b)(1)(B) and Local Rule 302.

20         On October 10, 2024, the assigned magistrate judge issued findings and recommendations

21    recommending this action be dismissed without further leave to amend due to this court's lack of

22    subject matter jurisdiction and because Plaintiff seeks relief against defendants who are immune

23    from suit. (Doc. No. 5.) Specifically, the magistrate judge found Plaintiff's first amended

24    complaint was barred by the *Rooker-Feldman* doctrine and improperly sought relief against

25    judicial defendants for their judicial acts. (*Id*. at 3–5.) The findings and recommendations were

26    served on Plaintiff and contained notice that any objections thereto were to be filed within

27    fourteen (14) days from the date of service. (*Id*. at 6.) On October 23, 2024, Plaintiff filed

28    objections to the pending findings and recommendations. (Doc. No. 7.)

1   In his objections, Plaintiff appears to argue the *Rooker-Feldman* doctrine and judicial

2   immunity do not apply to this case because the judicial defendants are illegitimate. (*Id.*) Plaintiff

3   is mistaken, however, because those doctrines do apply here, and his unsupported argument to the

4   contrary does not serve as a basis to reject the findings and recommendations.

5   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

6   court conducted a *de novo* review of this case. Having carefully reviewed the entire file, including

7   Plaintiff's objections, the court finds the findings and recommendations to be supported by the

8   record and by proper analysis.

9   Accordingly,

10   1.   The findings and recommendations issued on October 10, 2024 (Doc. No. 5) are

11       adopted in full;

12   2.   Plaintiff's first amended complaint is dismissed without further leave to amend

13       due to a lack of subject matter jurisdiction and because Plaintiff seeks relief

14       against defendants who are immune from suit; and

15   3.   The Clerk of the Court is directed to close this case.

16

17

18   IT IS SO ORDERED.

19   Dated:   **February 20, 2025**                                              _____

20                                                                              Dena Coggins
                                                                                United States District Judge

21

22

23

24

25

26

27

28

2